AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

One suitcase containing about
$5.2 million in mutilated U.S. currency

CASE NUMBER: 0 8 - 3 7 8 - M   0 1

TO: <u>Secretary, U.S. Department of Homeland Security,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Stephen Schneider</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely
(describe the property to be seized)

One suitcase containing bundles of mutilated U.S. currency, estimated to be $5.2 million, which were submitted on or about April 25, 2008, to the U.S. Bureau of Engraving and Printing (BEP), which are now in a vault in BEP's Examining and Redemption Section at 14th & C Streets, S.W., Washington, D.C.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 1 3 2008
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D. C.

_____
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 6/13/08 | 6/19/08 | Kimberly Taylor |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

① Suitcase w/ estimated $5.2 Million worth of U.S. currency.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

**FILED**

**JUL 16 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

7/16/08
Date